Kristin A. Zilberstein, Esq. (SBN: 200041)
Adam P. Thursby, Esq. (SBN 318465)
**LAW OFFICES OF MICHELLE GHIDOTTI**
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Attorney for Secured Creditor
US Bank Trust National Association as trustee of the Tiki Series III Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>**BRUCE RENARD GREEN and YOLANDA RENEE GREEN,**<br><br>Debtors. | CASE NO.: 2:14-bk-13872-VZ<br><br>CHAPTER 13<br><br>**AMENDED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: 1/8/2019<br>Time: 9:30 am<br>Courtroom: 1368<br>Location: 255 E. Temple Street, Los Angeles, CA 90012<br><br>Judge: Vincent P. Zurzolo |

**PLEASE TAKE NOTICE THAT** US Bank Trust National Association as trustee of the Tiki Series III Trust filed a Notice of Motion and Motion for Relief from the Automatic Stay on December 5, 2018, docket number 74 in the above referenced matter. The Notice listed that time as 9:30. This Notice is being amended to clarifiy the time to 9:30 a.m. for the

Amended Notice of Motion and Hearing

1   hearing which will be held in courtromm 1368 of the Roybal Federal Building located at 255 E.

2   Temple Street, Los Angeles, CA 90012.

4   Dated: December 13, 2018            Respectfully Submitted,

**THE LAW OFFICES OF MICHELLE GHIDOTTI**

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
Counsel for US Bank Trust National Association as trustee of the Tiki Series III Trust

Amended Notice of Motion and Hearing

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1920 Old Tustin Avenue, Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 13, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jenelle C Arnold    ecfcacb@aldridgepite.com, jarnold@ecf.courtdrive.com
- Barry E Borowitz    ecf@blclaw.com, notices@blclaw.com;borowitzclark1@gmail.com
- Heather J Canning    ecf@blclaw.com, notices@blclaw.com;borowitzclark8@gmail.com
- Nancy K Curry (TR)    TrusteeECFMail@gmail.com
- Michelle R Ghidotti    ECFNotifications@ghidottilaw.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **December 13, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Bruce Renard Green, 650 Elsmere Drive, Carson, CA 90746
Joint Debtor: Yolanda Renee Green, 650 Elsmere Drive, Carson, CA 90746

Courtesy Copy: US Bankruptcy Court, Attn: Hon. Vincent P Zurzolo, 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 13, 2018 | Steven P. Swartzell | /s/ Steven P.Swartzell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Jamie D Hanawalt    ecfcacb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com
- Katelyn R Knapp    kknapp@mclaw.org
- Christina J O    christinao@mclaw.org, CACD_ECF@mclaw.org
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Michael D Vanlochem    janguiano@vandc.net
- Kathy Watson    BKNotices@snservicing.com, BKNotices@snservicing.com
- Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
- Robert P Zahradka    ecfcacb@aldridgepite.com, RPZ@tblaw.com
- Kristin A Zilberstein    ecfnotifications@ghidottilaw.com