Heather J. Canning, #272394
**Borowitz & Clark, LLP**
100 N. Barranca Street., Suite 250
West Covina, CA 91791
Tel: (626) 332-8600
Fax: (626) 332-8644

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BRUCE GREEN<br><br>YOLANDA GREEN<br><br>Debtor(s). | Case No: 2:14-bk-13872-VZ<br><br>Chapter 13<br><br>**OPPOSITION US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES III TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>DATE: January 8, 2019<br>TIME: 9:30 a.m.<br>PLACE: Courtroom 1368<br>255 E. Temple Street<br>Los Angeles. CA 90012 |

The Debtors, Bruce Green and Yolanda Green ("Debtors") by and through their attorney of record, Heather J. Canning, hereby oppose to US Bank Trust National Association as trustee of the Tiki Series III Trust ("Movant") Motion for Relief from the Automatic Stay ("Motion"). This opposition is based on any documentary evidence attached hereto, and by such other facts, evidence, and argument as may be presented at the time of the hearing on this motion. Specifically, the Debtors' opposition is based upon the following grounds:

1.  That on or about February 28, 2014 the Debtors filed a Chapter 13 bankruptcy petition in this instant case to reorganize on secured and unsecured debt;

2.  Debtors have avail themselves of the Court's Loan Modification Management Pilot Program and filed the Motion to Commence Loan Modification on December 26, 2018 (see attached

-1-

as Exhibit A, a true and correct copy of the Debtor's Motion to Commence Loan Modification Management Program filed on December 26, 2018);

3. That Section 7(a)(vi) of the Loan Modification Management Pilot Program Procedures ("LMM Procedures") states the following:

> *Automatic Stay.* The automatic stay as provided for under 11 U.S.C. § 362(a) shall be modified to the extent necessary to facilitate the LMM Program. After entry of the LMM Order, all pending motions for relief from the automatic stay with respect to real property subject to the LMM Program shall be continued or dropped from calendar until after such time that the LMM Program has concluded. Further, the pendency of the LMM Program shall constitute good cause and compelling circumstances under 11 U.S.C. § 362(e) to delay the entry of any final decision on a pending motion for relief from stay with respect to real property subject to the LMM Program. During the pendency of the LMM Program, no motion for relief from stay shall be filed on an ex parte basis with respect to real property subject to the LMM Program. Further, any lender seeking relief from the automatic stay prior to the conclusion of the LMM Program shall, in the motion, set forth the reasons why relief is appropriate prior to the conclusion of the LMM Program. If a relief from stay motion pursuant to section 362(d) is pending when a LMM Order is entered, or if such a motion is filed during the LMM Period, the Court may condition the stay upon fulfillment of the Debtor's obligations under the LMM Order. If the Debtor fails to comply with the Debtor's LMM duties or the LMM Order, the Creditor may apply to terminate the LMM. Additionally, unless the Creditor specifically objects in writing, it is deemed to consent to a waiver of the deadlines set forth in section 362(e) of the Bankruptcy Code until thirty (30) days after the conclusion of the LMM.

4. That based on the LMM procedures, Debtors respectfully requests that the Motion for Relief be denied or, in the alternative, that the hearing be continued until a final decision has been made on Debtors' loan modification application;

5. That while their LMM application is pending, Debtors intend to continue making their ongoing monthly mortgage payments in the amount of $2,293.06.

///
///
///
///

## CONCLUSION

WHEREFORE, Debtors pray for the following:

1. That the Motion for Relief from the Automatic Stay be denied.

2. For such other relief as this Court deems appropriate.

Dated: December 31, 2018                    BY: BOROWITZ & CLARK, LLP

_____
Heather J. Canning
Attorney for Debtors

## DECLARATION OF BRUCE GREEN AND YOLANDA GREEN

We, Bruce Green and Yolanda Green, hereby declare and state as follows:

1. As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto;

2. That we filed a chapter 13 bankruptcy on February 28, 2014. Case number: 2:14-bk-13872-VZ;

3. That we have caused to be filed the Motion to Commence Loan Modification Management Program (see attached as Exhibit A, a true and correct copy of the Debtor's Motion to Commence Loan Modification Management Program filed on December 26, 2018);

4. That we intend to continue making our post petition mortgage payments in the amount of $2,293.06 per month in a timely fashion during the Loan Modification Management Program term.

We, Bruce Green and Yolanda Green, declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Carson, California on the date set forth below.

Date: 12-31-2018

_____
Bruce Green
Debtor

Date: 12-31-2018

_____
Yolanda Green
Co-Debtor

-4-

# EXHIBIT A

5

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Heather J. Canning 272394<br>Borowitz & Clark, LLP<br>100 N. Barranca Street, Suite 250<br>West Covina, CA 91791-1600<br>(626) 332-8600 Fax: (626) 332-8644<br>State Bar Number: 272394 CA<br>ecf@bclaw.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for: | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Bruce Renard Green<br>Yolanda Renee Green<br><br><br><br>Debtor(s). | CASE NO.: 2:14-bk-13872-VZ<br>CHAPTER: 13<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) __Bruce Green and Yolanda Green__, filed a motion or application (Motion) entitled __Motion to Commence Loan Modification Management Program__.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. *(Check appropriate box below):*

   ☑ The full Motion is attached to this notice; or

   ☐ The full Motion was filed with the court as docket entry #_____, and a detailed description of the relief sought is attached to this notice.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*      Page 1      **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

EX A pg 1 of 10

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

   a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

   b. If you fail to comply with this deadline:

      (1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

      (2) Movant will lodge an order that the court may use to grant the Motion; and

      (3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: December 26, 2018

_____
Signature of Movant or attorney for Movant

Heather J. Canning
_____
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016          Page 2          F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

7          EX A pg 2 of 10

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Heather J. Canning, #272394<br>Borowitz & Clark, LLP<br>100 N. Barranca Street, Suite 250<br>West Covina, CA 91791<br>626-332-8600 Tel.<br>626-332-8644 Fax.<br>notices@bclaw.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for:  Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>BRUCE GREEN<br><br>YOLANDA GREEN<br><br><br><br>Debtor(s). | CASE NO.: 2:14-BK-13872-VZ<br>CHAPTER: 13<br><br>**MOTION TO COMMENCE LOAN MODIFICATION MANAGEMENT PROGRAM** |
|---|---|

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

1. The debtor(s) hereby moves this court for an order to commence the Loan Modification Management Program ("LMM") with respect to real property located at (*address of property*) 650 Elsmere Drive, Carson, CA 90746 ("Real Property") on the grounds set forth below:

2. The creditor with a secured claim on the Real Property is SN Servicing Corporation and [is / is not] registered on the Portal.

3. The creditor is the holder of a [first] / second / third] deed of trust on the Real Property.

4. A completed and executed *Certification of LMM Eligibility and Readiness* (Form LMM 4001-1.6.CERT.ELIG.READ) and a proposed *Order Granting/Denying Motion to Commence Loan Modification Management Program* (Form LMM 4001-1.6.ORDER.LMM) are attached to this Motion.

5. Any response to the Motion and request for hearing must filed within fourteen (14) days of service of the Notice of Motion and Motion.

WHEREFORE, debtor(s) prays that this court issue an order authorizing the commencement of the LMM.

Date: 12-26-18

Respectfully submitted,

Borowitz & Clark, LLP
Printed name of law firm

_[signature]_
Signature

Bruce and Yolanda Green/Nancy Curry, Chapter 13 Trustee
Printed name of Debtor/trustee

## CERTIFICATION OF LOAN MODIFICATION MANAGEMENT ELIGIBILITY AND READINESS

**CERTIFICATION OF THE DEBTOR(S)**

[I _____ am / We Bruce Green _____ and Yolanda Green _____ are] the [debtor / debtors] in this case and hereby certify that:

1. [I / We] will participate in the court's *Loan Modification Management Program* ("LMM") in good faith.

2. [I / We] understand and agree to the ongoing obligation to promptly provide information and documentation that may be reasonably requested by the creditor whose secured claim [I / We] seek to modify (the "Creditor") during the LMM process.

3. [I / We] will make (or cause to be made) adequate protection payments to the Creditor in the amount of $2,293.00 each month during the LMM period, unless and until otherwise ordered by the court.

4. [I / We] understand that commencing the LMM is voluntary, and that [I am / we are] not required to enter into any agreement or settlement with any other party, and no other party is required to enter into any agreement or settlement with [me / us] as part of the LMM.

5. [I / We] understand that [I am / we are] not required to request dismissal of this case as part of any resolution or settlement that is offered or agreed to during the LMM.

6. [I / We] understand that if [I / we] do not fully comply with the requirements of the LMM, our participation in the LMM may be terminated.

7. [I / We] have completed the Document Preparation Software and have paid the non-refundable fee directly to the Document Preparation Software approved vendor. [My / Our] Initial LMM Package has been completed and ready for signature and submission. Attached is the Certification of Document Preparation [I / we] received upon completion of the Document Preparation Software.

8. [I / We] understand and agree that upon issuance of an order approving this Motion, [I / we] will be required to pay (i) a non-refundable portal fee directly to the approved Portal vendor, and (ii) $300 to the Program Manager (representing one half of the Program Manager fee).

9. Prior to filing the Motion for Loan Modification Management, [I / we] determined that: (select one)

    [X] the Creditor is already registered with approved Portal.

    [ ] the Creditor is not registered with the approved Portal. [I / We] request the Court require the Creditor (and the Creditor's California counsel, if applicable), within ten (10) days after the entry of an order approving this Motion, to register with the Portal and provide Creditor's most current Initial LMM Package to the Program Manager, who will promptly post same on the Portal.

Date: 12/24/18 _____  /s/ Yolanda R. Green _____
                                 Debtor

Date: 12-24-2018 _____ /s/ Bruce L. Green _____
                                 Joint Debtor (if any)

LMM 4001-1.6.CERT.ELIG.READ

12/24/2018 14:48  310-538-5783  FEDEX OFFICE 1125  PAGE 02
10
EX A pg 5 of 10

# ⬧DMMPORTAL

## Certification of Document Preparation

This *Certification of Document Preparation* shall confirm that the following borrower has successfully completed docUmods:

- **Borrower Name:** Bruce Green
- **Mailing Address:** 650 Elsmere Dr., Carson, California 90746
- **Property Address:** 650 Elsmere Dr., Carson, California 90746
- **Bankruptcy Jurisdiction:** California - Central - Los Angeles
- **Bankruptcy Case No.:** 14-13872
- **Mortgage Servicer:** SN Servicing Corporation
- **Mortgage Loan No.:** 0000283058
- **Invoice No.:** DOCUMODS122220180002

Please be sure to sign and date all forms and gather all supporting documents.

Sincerely,

Default Mitigation Management LLC

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Heather J. Canning, #272394<br>Borowitz & Clark, LLP<br>100 N. Barranca Street, Suite 250<br>West Covina, CA 91791<br>626-332-8600 Tel.<br>626-332-8644 Fax<br>notices@blclaw.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for:* Debtors | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re:<br><br>BRUCE GREEN<br><br>AND<br><br>YOLANDA GREEN<br><br><br>Debtor(s). | CASE NO.: 2:14-bk-13872-VZ<br>CHAPTER: 13 |
|---|---|
|  | **PROPOSED ORDER:**<br><br>☒ **GRANTING MOTION TO COMMENCE LOAN MODIFICATION MANAGEMENT PROGRAM**<br><br>☐ **DENYING MOTION TO COMMENCE LOAN MODIFICATION MANAGEMENT PROGRAM** |
|  | [No Hearing Required] |

On (*date*) ___December 26, 2018_____, the debtor(s) filed the *Motion to Commence Loan Modification Management Program* (Docket #____) (the "Motion") and served a copy of the Notice of Motion and the Motion on required parties using the method(s) identified on the Proof of Service of the Notice of Motion.

Based upon the court's review of the Motion, it is ordered that:

a. ☐ The Motion is denied.

b. ☒ The Motion is granted, and it is further ordered that:

(1)    The following parties are directed to participate in the court's *Loan Modification Management Program (LMM)* in good faith.

   Debtor: _Bruce and Yolanda Green_____ ("Debtor(s)")

   Creditor: __SN Servicing Corporation ("Creditor")

(2)    *During the LMM Period,* the Debtor(s) shall make (or cause to be made) adequate protection payments in the amount of $ _2293.06_____ per month to the Creditor or the Creditor's designee.

(3)    *Within 7 days from the entry of this order,* the Creditor and the Creditor's California counsel (if any) shall register on the Portal (if not previously registered) and the Creditor shall provide the Creditor's most current Initial LMM Package to the Program Manager.

(4)    *Within 7 days from the entry of this order or the Creditor's registration on the Portal, whichever is later,* the Debtor(s) shall: (i) upload to the Portal, Debtor's Initial LMM Package; (ii) upload to the Portal a copy of this LMM Order; (iii) pay to the Portal vendor, the $40.00 Portal fee; and (iv) pay $300.00 directly to the Program Manager (representing one half of the Program Manager fee).

(5)    *Within 7 days after the Debtor(s) submits Debtor's completed Initial LMM Package to Creditor on the Portal,* the Creditor shall: (i) acknowledge receipt of Debtor's completed Initial LMM Package on the Portal; (ii) designate its single point of contact and outside legal counsel (if any) on the Portal; and (3) pay $300.00 directly to the Program Manager (representing one half of the Program Manager fee).

(6)    *During the LMM Period,* the Creditor shall promptly review the Debtor's Initial LMM Package to determine the Debtor's eligibility for any loss mitigation options which may be available to the Debtor(s). In the event that the Creditor shall require additional (or corrected) documentation, the Creditor shall promptly notify the Debtor(s) through the Portal of such requirements and promptly respond to the Debtor's submissions thereof as well as any inquiries made by the Debtor(s).

(7)    *During the LMM Period,* upon the request of the Creditor through the Portal, the Debtor(s) shall promptly provide any additional documents requested by the Creditor or the Program Manager and/or answer any questions.

(8)    *Within 60 days after the Debtor(s) submitted the Initial LMM Package to the Creditor on the Portal,* the Debtor(s), on notice to Creditor, shall file and serve a LMM Status Report with an attached printout of the current and complete account history from the Portal. The LMM Status Report shall be completed on the Portal in accordance with the instructions provided thereon.

(9)    *120 days from the entry of this order,* the LMM Period shall terminate unless extended.

(10)    *Within 7 days of the termination of the LMM Period,* the Debtor(s), on notice to Creditor, shall file and serve an LMM Final Report with an attached printout of the current and complete account history from the Portal. The LMM Final Report shall be completed in accordance with the instructions provided in the Portal.

(11)    The Debtor(s) shall *immediately* serve a copy of this order on the Creditor and file a certificate of service evidencing same.

(12)    *During the LMM Period,* unless otherwise permitted by the court, all material communications related to the Loan Modification Management Program shall be conducted exclusively through the Portal.

(13)    *During the LMM Period,* on behalf of each participating party, a person with complete knowledge of the file so as to be reasonably capable of answering questions posed by the court related to the LMM shall attend all LMM-related hearings and conferences before the court. That person may be the party's attorney, but only if that attorney has complete knowledge of the file.

(14) The automatic stay as provided for under 11 U.S.C. § 362(a) shall be modified to the extent necessary to facilitate the LMM Program as more particularly provided in the Loan Modification Management Program Procedures.

###

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 N. Barranca Street, Suite 250
West Covina, CA 91791-1600

A true and correct copy of the foregoing document entitled:  __Notice of Motion for Order without Hearing Pursuant to LBR 9013-1(o) and Motion to Commence Loan Modification Management Program__  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On *(date)* __December 26, 2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Nancy Curry<br>Chapter 13 Trustee<br>1000 Wilshire Blvd., Suite 870<br>Los Angeles, CA 90017 | Honorable Vincent Zurzolo<br>U.S. Bankruptcy Court<br>255 E. Temple Street, Suite 1360<br>Los Angeles, CA 90012 | Bruce and Yolanda Green<br>650 Elsmere Drive<br>Carson, CA 90746 |
| Law Offices of Michelle Ghidotti<br>1920 Old Tustin Avenue<br>Santa Ana, CA 92705 | SN Servicing Corp<br>323 5th Street<br>Eureka, CA 95501 | |

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 26, 2018 | Yesenia Chicas | /s/ Yesenia Chicas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

100 N. Barranca Street, Suite 250
West Covina, CA 91791

A true and correct copy of the foregoing document entitled (*specify*): **OPPOSITION US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES III TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _December 31, 2018_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

Honorable Vincent Zurzolo
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

Bruce and Yolanda Green
650 Elsmere Drive
Carson, CA 90746

Law Offices of Michelle Ghidotti
1920 Old Tustin Avenue
Santa Ana, CA 92705

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 31, 2018 | Yesenia Chicas | /s/ Yesenia Chicas |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                      F 9013-3.1.PROOF.SERVICE